THE STATE OF OHIO, APPELLEE, *v.* WILCHER, APPELLANT.

[Cite as *State v. Wilcher* (1991), 61 Ohio St.3d 1202.]

(No. 90–835—Submitted February 13, 1991—Decided July 24, 1991.)

---

*Lynn C. Slaby,* prosecuting attorney, and *Philip D. Bogdanoff,* for appellee.

*Lawrence J. Whitney,* for appellant.

*Yoss, Starr & Hampton* and *Thomas A. Hampton,* urging reversal for *amicus curiae,* Ohio Association of Criminal Defense Lawyers.

---

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion, 1990 WL 28111, not be published in the Ohio Official Reports; the opinion may not be cited as authority except by the parties *inter se.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.